## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MEAGHAN CHARLTON<br>880 New Jersey Avenue SE<br>Unit 328<br>Washington, DC 20003<br><br>    Plaintiff,<br><br>  v.<br><br>LYFT, INC.<br>185 Berry Street<br>Suite 5000<br>San Francisco, CA 94107<br><br>AND<br><br>MICHAEL BUNDU<br>33 Sultan Avenue<br>Capitol Heights, MD 20743<br><br>AND<br><br>YONAS NEGASH<br>3310 Ardley Court<br>Falls Church, VA 22041<br><br>    Defendants. | Civil Action No. _____ |

### NOTICE OF REMOVAL

  Defendant Lyft, Inc. ("Lyft"), by and through its counsel, Kathryn E. Bonorchis, Joseph Doukmetzian, and Lewis Brisbois Bisgaard & Smith LLP, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332(a), 1441(b) and 1446. Pursuant to 28 U.S.C. § 1441(a), counsel for Defendant Lyft conferred with counsel for Defendants Bundu and Negash, who consent to removing this case to federal court. In support of this Notice, the following facts are relied upon:

4870-8800-5149.1

**Complaint and Timeliness of Removal**

1. On or about March 8, 2022, Plaintiff Meaghan Charlton, filed a Complaint in the Civil Division of the Superior Court of the District of Columbia, Civil Action No. 2022 CA 001007 B. A copy of the Complaint is attached as <u>Exhibit A</u>. Plaintiff's Complaint alleges negligence and negligence *per se* against Defendant Bundu and Defendant Negash, negligence against Defendant Lyft under the doctrine of *Respondeat Superior*, and negligent training and supervision against Defendant Lyft, and seeks $500,000.00 in damages.

2. Lyft was served with the Summons and Complaint on March 21, 2022. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) which provides a defendant 30 days from receipt of the summons and complaint by proper service to remove to federal court. This notice of removal is being filed within the 30-day time period set forth in the statute.

**Diversity Jurisdiction**

3. Lyft removes this case based on federal diversity jurisdiction under 28 U.S.C. § 1332, and it may properly be removed to this Court pursuant to 28 U.S.C. § 1446(a).

4. Based upon allegations in the Complaint, Defendant Lyft is informed and believes that Plaintiff is a citizen of the District of Columbia.

5. At all relevant times, including at the time of the alleged injury and at the time Plaintiff filed his Complaint, Defendant Lyft was a Delaware corporation with a principal place of business located in the State of California.

6. Based upon allegations in the Complaint, Defendant Lyft is informed and believes that Defendant Michael Bundu is a citizen of the State of Maryland.

7. Based upon allegations in the Complaint, Defendant Lyft is informed and believes that Defendant Yonas Negash is a citizen of the Commonwealth of Virginia.

8. Plaintiff's Complaint demands judgment in the amount of $500,000.00. On the basis of the allegations in the Complaint, Defendant is informed and believes that the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

9. Removal of this case is proper under 28 U.S.C. § 1441 and 28 U.S.C. § 1332, because complete diversity of citizenship exists between the Plaintiff and Defendants, and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

10. Defendant Lyft filed an Answer to Plaintiff's Complaint on April 19, 2022.

11. Defendant Lyft is informed and believes that Defendant Michael Bundu was properly served with the Summons and Complaint on March 21, 2022.

12. Defendant Lyft is informed and believes that Defendant Michael Bundu filed an Answer to Plaintiff's Complaint on March 31, 2022.

13. Defendant Lyft is informed and believes that Defendant Yonas Negash was properly served with the Summons and Complaint on March 19, 2022.

14. Defendant Lyft is informed and believes that Defendant Yonas Negash filed an Answer to Plaintiff's Complaint on April 9, 2022.

## **Venue is Proper**

15. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1446(a), because Plaintiff is subject to personal jurisdiction in this judicial district, this is the judicial district in which the Superior Court of the District of Columbia resides and, on information and belief, a substantial part of events giving rise to this lawsuit occurred in this judicial district.

**Service of Notice on Plaintiff and Superior Court**

16.Defendant Lyft will promptly serve a copy of this Notice on Plaintiff and Co-Defendants and will promptly file a copy with the clerk of D.C. Superior Court. Upon service of this Notice on Plaintiff and Co-Defendants, Defendant Lyft will file a Notice of Proof of Service with this Court.

17.Defendant Lyft has sought no similar relief with respect to this matter.

18.In compliance with 28 U.S.C. § 1446(a), true and correct copies of all "process, pleadings, and orders" on file in the state court action are attached hereto: Plaintiff's Complaint attached hereto as Exhibit A; Writ of Summons issued to Defendant Lyft, Inc. is attached hereto as Exhibit B; Superior Court of the District of Columbia's Initial Order and Addendum is attached hereto as Exhibit C; Defendant Yonas Negash's Answer to Complaint is attached hereto as Exhibit D; Defendant Michael Bundu's Answer to Complaint is attached hereto as Exhibit E; Defendant Lyft, Inc.'s Answer to Complaint is attached hereto as Exhibit F; Defendant Yonas Negash's Motion to Substitute Counsel and Supporting Memorandum attached hereto as Exhibit G; and a copy of the Notice of Filing Notice of Removal to be filed in the D.C. Superior Court is attached hereto as Exhibit H .

WHEREFORE, this Civil Action is properly removed from the Superior Court of the District of Columbia pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1332.

Respectfully submitted this 21st day of April, 2022 by,

/*s*/ Kathryn E. Bonorchis
Kathryn E. Bonorchis, Bar # 977709
Joseph Doukmetzian, Bar # 144608
LEWIS BRISBOIS BISGAARD & SMITH, LLP
100 Light Street, Suite 1300
Baltimore, MD 21202
Kathryn.Bonorchis@Lewisbrisbois.com
Joseph.Doukmetzian@Lewisbrisbois.com
Telephone: 410.525.6409

*Attorneys for Defendant Lyft, Inc.*

4870-8800-5149.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of April, 2022, a copy of the foregoing *Notice of Removal* was sent via CM/ECF, to:

Patrick M. Regan, Esq., Bar # 336107
Christopher Regan, Esq.
REGAN ZAMBRI & LONG, PLLC
1919 M Street, N.W., Ste. 350
Washington, DC 20036
PRegan@reganfirm.com
CRegan@reganfirm.com
*Attorneys for Plaintiff*

Judd A Rafey, Bar # 441785
8757 Georgia Avenue, STE 650
Silver Spring, Maryland 20910
301-587-9626
jarafey@geico.com
*Attorney for Defendant Bundu*

Workneh Churnet, Esq., Bar # 974538
LAW OFFICE OF WORKNEH CHURNET
717 D Street NW, Suite 300
Washington, DC 20004
(202) 907-8829
(202) 737-0277 (fax)
wchurnet@yahoo.com
*Attorney for Defendant Negash*

Charles Michael Fulton, DC Bar No. 1021264
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331
(703) 691-3332 (Fax)
CharlesMichael.Fulton@kpmlaw.com
*Incoming Counsel for Defendant Yonas Negash*

                                               */s/* Kathryn E. Bonorchis
                                                 Kathryn E. Bonorchis

4870-8800-5149.1